AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2025 MAR -5  A 11: 01

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:25-mj-143 |
| MICHAEL CHARLES SCHENA | ) | |
|  | ) | UNDER SEAL |
|  | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Charles Schena,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 793(g): Conspiracy to gather, transmit, or lose defense information

Date:     3/03/2025

*William C. Fitzpatrick*
*Issuing officer's signature*

City and state:     Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/4/25, and the person was arrested on *(date)* 3/5/25
at *(city and state)* Petersburg, VA.

Date: 3/6/25

*Kathy N. Flower*
*Arresting officer's signature*

Kathy Flower   Special Agent
*Printed name and title*